UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
JHAPETH DHARRY,

                           Plaintiff,

                 -v-

939 FIRST AVE. LIQUORS, INC., and
FIRST AVE 945 REALTY LLC,

                          Defendants.
----------------------------------------------------------------------X

25 Civ. 6792 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

       On August 29, 2025, Plaintiff served Defendants with copies of the Summons and Complaint. Dkts. 5, 6. Defendants' deadline to respond to the Complaint was therefore September 19, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendants. Accordingly, the Court extends *sua sponte* Defendants' deadline to respond to the Complaint until September 29, 2025. If Defendants once again fail to respond to the Complaint by that deadline, Plaintiff shall seek a Certificate of Default by October 6, 2025.

       Plaintiff is directed to mail a copy of this Order by First Class Mail to Defendants, and to file proof of service on the docket within two days of such service.

       SO ORDERED.

Dated: September 22, 2025
       New York, New York

                                                   JOHN P. CRONAN
                                         United States District Judge