UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                                                                     :

JHAPETH DHARRY,                                            :

                         Plaintiff,                            :
                                                           :        25 Civ. 6792 (JPC)
                          -v-                                      :
                                                           :        <u>ORDER</u>

939 FIRST AVE. LIQUORS, INC., and            :
FIRST AVE 945 REALTY LLC,                   :

                       Defendants.                       :
                                                           :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On August 29, 2025, Plaintiff served Defendants with copies of the Summons and Complaint. Dkts. 5, 6. Defendants' deadline to respond to the Complaint was therefore September 19, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). On September 22, 2025, the Court extended *sua sponte* Defendants' deadline to respond to the Complaint until September 29, 2025, and directed Plaintiff to seek a Certificate of Default if Defendants again missed their deadline. Dkt. 7. On September 29, 2025, Defendant First Ave 945 Realty LLC appeared and sought another extension of its deadline to answer, which the Court granted. Dkts. 10, 11. On September 30, 2025, Plaintiff requested that the Court extend his deadline to seek a certificate of default for Defendant 939 First Ave. Liquors, Inc., who had yet to appear. Dkt. 12. The Court granted that request as well. Dkt. 13. On October 31, 2025, the Court granted Plaintiff leave to amend his Complaint, Dkt. 16, and Plaintiff filed his First Amended Complaint that same day and promptly served it on Defendants. Dkts. 17, 18.

      The docket does not reflect an answer to the First Amended Complaint by either Defendant, and 939 First Ave. Liquors, Inc., has yet to appear in the action. The Court *sua sponte* extends their deadline to answer until December 1, 2025. There will be no further extensions. By that date,

First Ave 945 Realty LLC shall either file an answer or submit a letter advising the Court why it declines to do so. If 939 First Ave. Liquors, Inc. fails to appear by December 1, 2025, Plaintiff shall seek a Certificate of Default with respect to 939 First Ave. Liquors, Inc. no later than December 8, 2025.

Plaintiff is directed to mail a copy of this Order by First Class Mail to Defendants, and to file proof of service on the docket within two days of such service.

SO ORDERED.

Dated: November 24, 2025
New York, New York

_____
JOHN P. CRONAN
United States District Judge